**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01129-CV

**WILLIAM NIX, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LINDA NOELLE NIX, DECEASED, Appellant**

**V.**

**CHANG, M.D., INDIVIDUALLY AND D/B/A CHANG NEUROSURGERY & SPINE CARE, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-05813-2018**

## ORDER

Before the Court is appellant's February 3, 2020 unopposed motion for extension of time to file his reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief be filed no later than February 26, 2020.

/s/     BILL WHITEHILL
         JUSTICE